E-FILED
Monday, 08 June, 2020  01:44:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

NICHOLAS AKERELE, R-48718            )
                                     )
     Plaintiff,            )
                                     )
-vs-                                 )    Case No.:   20-cv-2053-SEM-TSH
                                     )
IDOC, et al.,                        )
                                     )
     Defendants.           )

### DEFENDANT'S MOTION TO QUASH FOR IMPROPER SERVICE OF PROCESS

NOW COMES Defendant, ROB JEFFREYS, by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(5), hereby moves to quash the service of process on Defendant Jeffreys, stating as follows:

1.     On March 3, 2020, Plaintiff filed his complaint in this matter, in which he named various defendants including Defendant Jeffreys. [Doc. 1].

2.     Also on April 8, 2020, the Court entered its Merit Review Order. [Doc. 10].

3.     On April 15, 2020, the Court entered a text order stating that the Merit Review Order inadvertently did not dismiss Defendant Jeffreys. However, the Court dismissed Defendant Jeffreys with prejudice because he could not be held liable for the conduct Plaintiff alleges merely due to his position of authority at the Illinois Department of Corrections. [Text Order – April 15, 2020].

4.     On April 8, 2020, requests for waiver of service were sent to several named defendants including Defendant Jeffreys. [Doc. 12]. It appears that the issuance of the waiver to Jeffreys was in error.

5.      On May 4, 2020, the waiver of service sent to Defendant Jeffreys was returned executed, despite the Court's dismissal on April 15, 2020. [Doc. 15].

6.      Federal Rule of Civil Procedure 12(b)(5) allows parties to assert the defense of insufficient service of process by motion.

7.      Because the Court terminated Defendant Jeffreys, service on Defendant Jeffreys was improper and should be quashed.

WHEREFORE, Defendant respectfully requests this honorable Court grant his motion and quash Plaintiff's improper service on Defendant.

Respectfully submitted,

ROB JEFFREYS,

Defendant,

Philip Andrews, #6329386                KWAME RAOUL, Attorney General
Assistant Attorney General              of the State of Illinois,
500 South Second Street
Springfield, Illinois 62701                  Attorney for Defendant,
(217) 524-1575 Phone
(217) 782-8767 Fax                   By:    s/Philip Andrews
E-mail: pandrews@atg.state.il.us            Philip Andrews, #6329386

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| NICHOLAS AKERELE, R-48718 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.:   20-cv-2053-SEM-TSH |
| ) | |
| IDOC, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2020, the foregoing document, ***Defendants' Motion to Quash****,* was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

None

and I hereby certify that on that same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Nicholas Akerele, R-48718
Dixon Correctional Center
Inmate Mail/Parcels
2600 N. Brinton Ave.
Dixon, IL 61021

Respectfully submitted,

s/Philip Andrews
Philip Andrews, #6329386
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 524-1575 Phone
(217) 782-8767 Fax
E-Mail:  pandrews@atg.state.il.us